AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**LONNY BRISTOW,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

                              **CASE NO. C2-12-412**
**AMBER, MAIL SCREENER, et al.,**    **JUDGE EDMUND A. SARGUS, JR.**
                                  **MAGISTRATE JUDGE E.A. PRESTON DEAVERS**

       **Defendants.**

____    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed May 31, 2012, JUDGMENT is hereby entered DISMISSING this action.**

Date: May 31, 2012                         JAMES BONINI, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk